## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Mario Andino, et al.

                Plaintiff,

v.                                          Case No.: 1:15−cv−10614
                                           Honorable Sidney I. Schenkier

Bay Remediation, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 26, 2016:

    MINUTE entry before the Honorable Sidney I. Schenkier: Pursuant to the parties' settlement, the case is dismissed without prejudice and with leave to seek reinstatement by 7/15/16 solely for the purpose of enforcing the parties' settlement. If the case has not been reinstated by that date and there is no motion for reinstatement then pending, as of 7/16/16 the dismissal shall be with prejudice. Civil case terminated. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.